**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Auto Club Insurance Association, Auto Club Group Insurance Company, MemberSelect Insurance Company, Fremont Insurance Company, and Meemic Insurance Company,

Plaintiffs,

v.

Adam Berry,

Defendant.

Case No. 26-cv-13940

Hon. Matthew F. Leitman

Mag. Judge Elizabeth A. Stafford

Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
Miller, Canfield, Paddock and Stone, P.L.C.
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
bucher@millercanfield.com

**APPEARANCE OF RUSSELL J. BUCHER**

TO THE CLERK OF THE COURT:

Please take notice that Russell J. Bucher hereby enters his appearance as counsel for Plaintiffs in the above-captioned action.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK and STONE, P.L.C.

/s/ Russell J. Bucher
Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
bucher@millercanfield.com
*Attorneys for Plaintiffs*

Dated: October 15, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

By: *_/s/ Russell J. Bucher_*
Russell J. Bucher (P82349)