# EXHIBIT 3

# DECLARATION OF INGRAMAR V. ("VAN") MILLER

1. Since 2023, I have been a Director of Claims overseeing claims-handling of certain casualty insurance claims for MemberSelect Insurance Company (MemberSelect) and certain of MemberSelect's affiliated insurers, including Auto Club Insurance Association (ACIA) and Auto Club Group Insurance Company (ACGIC).

2. Such claims include first-party and third-party claims against ACIA, ACGIC, and MemberSelect under Michigan no-fault insurance policies for benefits arising out of bodily injuries sustained in auto-related accidents. In the remainder of this declaration, I refer to those claims as "injury claims."

3. One of the responsibilities of a claims specialist who adjusts injury claims is to conduct telephone conversations with individuals with injury claims against ACIA, ACGIC or MemberSelect, or with attorneys for those individuals.

4. MemberSelect (like ACIA and ACGIC) treats such calls between claims specialists and injured claimants (or their attorneys) as private, does not divulge their contents to anyone not affiliated with the company, and securely stores and protects information acquired in the course of such calls.

5. Claims specialists for MemberSelect (and for ACIA and ACGIC) are not to conduct such calls in a public place or any other place where the calls could be overheard by anyone not affiliated with the company, such as a family member of a claims specialist working remotely from his or her residence.

6. The reasons for the privacy of those calls include that they involve discussing highly confidential medical information and other protected personal information and that they also regularly involve claims-settlement discussions.

7. I recently learned that such a call between an attorney for an injured claimant and a claims specialist, Delsena Whitty, had been recorded.

8. Other than that, I am not aware of any instance, at any time, when a claimant, claimant's attorney, or third party recorded such a call with a claims specialist. I am also not aware of any instance when a claimant or their attorney even asked whether they could record such a call.

9. Given my experience, I was very surprised and dismayed to learn about the recording of the call with Ms. Whitty.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Oct 15th, 2026 in Detroit, Michigan.

Ingramar V. Miller