# EXHIBIT 4

# DECLARATION OF JENNA ROBISON

1. I am Assistant Vice President of Local and Agent Marketing at the Auto Club Group, which is the parent company of and handles marketing and marketing research for MemberSelect Insurance Company, Auto Club Insurance Association, Auto Club Group Insurance Company, Meemic Insurance Company, and Fremont Insurance Company. I have been an employee at the Auto Club Group since 2023, and at the time I was hired I served as Assistant Vice President, Strategic Operations Leader.

2. I have worked in the insurance industry for my entire professional career, since 2004.

3. As a result of my training and experience I am very familiar with the relative business reputation and goodwill of Michigan automobile insurers, including of MemberSelect Insurance Company, Auto Club Insurance Association, Auto Club Group Insurance Company, Meemic Insurance Company, and Fremont Insurance Company.

4. Based on my experience and my review of relevant industry data, the Michigan automobile-insurance market is more competitive now than it has ever been in my professional career.

5. Based on my experience and my review of relevant industry data, business reputation plays a larger role now in Michigan consumers' choice of automobile insurer than it has at any prior time in my professional career.

6. As a result of my training and experience I am very familiar with the kinds of events that can cause Michigan automobile insurers to suffer declines in business reputation and customer goodwill.

7. I have listened to the recording of a 2 minute and 23 second long call between Delsena Whitty and Hani Azakir that Michael Kramer received by email from Robert Akouri on January 4, 2026.

8. Based on my experience and training, a release of that recording or other divulging of its contents would inflict significant harm to the business reputation, customer goodwill, and competitive position of MemberSelect Insurance Company, Auto Club Insurance Association, Auto Club Group Insurance Company, Meemic Insurance Company, and Fremont Insurance

Company within the Michigan automobile-insurance market, if (as I have been told) Ms. Whitty was acting as a claims representative for MemberSelect Insurance Company during the call that was recorded.

9. Based on my experience and training, it would be extraordinarily difficult, if not impossible, to calculate the full extent of the harm that a release of that recording or other divulging of its contents would cause to the business reputation, customer goodwill, and competitive position of MemberSelect Insurance Company, Auto Club Insurance Association, Auto Club Group Insurance Company, Meemic Insurance Company, and Fremont Insurance Company within the Michigan automobile-insurance market.

10. Based on my experience and training, a release of that recording or other divulging of its contents would likely inflict significant operational harm on MemberSelect Insurance Company, Auto Club Insurance Association, Auto Club Group Insurance Company, Meemic Insurance Company, and Fremont Insurance Company, including by worsening employee morale, employee-management relationships, and employee-recruitment efforts. Calculating the full extent of such operational harms would be impossible.

11. In addition, Defendant's threats to release that recording and use it to accuse MemberSelect Insurance Company, Auto Club Insurance Association, Auto Club Group Insurance Company, Meemic Insurance Company, and Fremont Insurance Company of discrimination as to race, ethnicity, and religion in their claims-handling practices have caused, and continue to cause, substantial operational harm in the form of diversion from attention to the core business of all five insurers, and the extent of that operational harm will only increase if a release of that recording or other divulging of its contents were to take place. The full extent of that very real diversionary harm would be exceedingly difficult if not impossible to calculate.

12. I am executing this declaration within the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/15/26 Jenna Robison

Jenna Robison