UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Auto Club Insurance Association, et al

Plaintiff(s),

v.

Adam Berry

Defendant(s).
_____________________________________/

Case No. 26-13940

Honorable Laurie J. Michelson

Magistrate Judge Elizabeth A. Stafford

**ORDER OF RECUSAL AND REASSIGNMENT**

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: October 16, 2026

s/Laurie J. Michelson
Laurie J. Michelson
U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Jonathan J.C. Grey.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: October 16, 2026

s/ S Schoenherr
Deputy Clerk