**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Auto Club Insurance Association, Auto Club Group Insurance Company, MemberSelect Insurance Company, Fremont Insurance Company, and Meemic Insurance Company,

Plaintiffs,

v.

Adam Berry,

Defendant.

Case No. 26-13940

Hon. Jonathan J.C. Grey

Mag. Judge Elizabeth A. Stafford

---

Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
Miller, Canfield, Paddock and Stone, P.L.C.
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
bucher@millercanfield.com

---

**PLAINTIFFS' EMERGENCY MOTION TO STRIKE AND REPLACE ECF NO. 5**

1. On October 15, 2026, Plaintiffs filed a *Motion to Seal Certain Exhibits Attached to the Motion for Temporary Restraining Order and Preliminary Injunctions Under Seal. submitted in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction*, ECF No. 3 (the "Motion to Seal"), in which Plaintiffs sought leave to partially seal certain exhibits to their contemplated

Motion for Temporary Restraining Order and Preliminary Injunction. Plaintiffs also sought leave to file another exhibit entirely under seal.

2. Shortly thereafter, when filing Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, the unredacted versions of the exhibits that were the subject of the Motion to Seal were inadvertently attached to the filing and publicly docketed as part of ECF No. 5

3. As a result of this inadvertent filing error, ECF No. 5 makes publicly available the very materials that Plaintiffs sought to protect through their pending Motion to Seal.

4. The improperly filed exhibits contain the identity and identifying information of a non-party individual, including information that could reasonably be used to ascertain that individual's identity. The exhibits also disclose contents of intercepted private communications that form the basis of Plaintiffs' claims against Defendant for violation of the Federal Wiretap Act, 18 U.S.C. § 2510 *et seq.*; of Michigan's eavesdropping statute, Mich. Comp. Laws § 750.539a *et seq.*; and for extortion.

5. In the interest of preventing continued public access to the inadvertently filed materials, immediate relief is necessary.

6. Pursuant to LR 7.1(a)(2)(C), Plaintiffs have not sought concurrence because because of the urgent, emergent nature both of this Motion and of their underlying Motion for Temporary Restraining Order and Preliminary Injunction.

7. Plaintiffs have attached, as Exhibit 1 hereto, a proposed Order granting the relief requested in this Motion, in order to facilitate the expedited relief requested herein; and Plaintiffs respectfully request that the Court enter the proposed Order or its substantial equivalent so as to strike ECF No. 5, restrict public access to the inadvertently filed materials, and permit Plaintiffs to file their Motion for Temporary Restraining Order and Preliminary Injunction with the correct exhibits containing the appropriate redactions.

8. Plaintiffs have also prepared a replacement version of ECF No. 5 containing the appropriate redactions and the exhibits consistent with Plaintiffs' pending Motion to Seal. A copy of that proposed replacement filing is attached as Exhibit 2 hereto.

WHEREFORE, Plaintiffs respectfully request that the Court:

a) Immediately strike ECF No. 5 from the public docket;

b) Permit Plaintiffs to file a replacement version of ECF No. 5 that contains the appropriately redacted exhibits and attachments;

c) Temporarily restrict public access to the improperly filed materials pending the Court’s ruling on Plaintiffs’ Motion to Seal.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Gabrielle M. Bayne
Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
Gabrielle M. Bayne (P88706)
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
bucher@millercanfield.com
bayne@millercanfield.com
*Attorneys for Plaintiffs*

Dated: October 16, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Auto Club Insurance Association, Auto Club Group Insurance Company, MemberSelect Insurance Company, Fremont Insurance Company, and Meemic Insurance Company,

Plaintiffs,

v.

Adam Berry,

Defendant.

Case No. 26-13940

Hon. Jonathan J.C. Grey

Mag. Judge Elizabeth A. Stafford

---

Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
Miller, Canfield, Paddock and Stone, P.L.C.
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
bucher@millercanfield.com

---

**PLAINTIFFS' BRIEF IN SUPPORT OF THEIR EMERGENCY MOTION TO STRIKE AND REPLACE ECF NO. 5**

In support of their Motion to Strike and Replace ECF No.5, Plaintiffs rely upon Rule 15 of the Electronic Filing Policies and Procedures of the Eastern District of Michigan, the Court's inherent authority to grant the relief sought in Plaintiffs'

Motion, and the confidentiality, privacy, and sealing considerations set forth in Plaintiffs' Motion to Seal, ECF No. 3, which are incorporated herein by reference.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Gabrielle M. Bayne
Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
Gabrielle M. Bayne (P88706)
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
bucher@millercanfield.com
bayne@millercanfield.com
*Attorneys for Plaintiffs*

Dated: October 16, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

By: */s/* Gabrielle M. Bayne
Gabrielle M. Bayne (P88706)