**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Auto Club Insurance Association, Auto Club Group Insurance Company, MemberSelect Insurance Company, Fremont Insurance Company, and Meemic Insurance Company,

Plaintiffs,

v.

Adam Berry,

Defendant.

Case No. 26-13940

Hon. Jonathan J.C. Grey

---

**ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO STRIKE ECF NO. 5 (ECF No. 10) AND ORDER TO FILE A REPLACEMENT MOTION**

This matter having come before the Court on Plaintiffs' Emergency Motion to Strike and Replace ECF No. 5, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion to Strike and Replace ECF No. 5 is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **STRIKE** ECF No. 5 from the public docket because it inadvertently contains unredacted exhibits and attachments that are the subject of Plaintiffs' pending Motion to Seal.

**IT IS FURTHER ORDERED** that Plaintiffs are **GRANTED LEAVE TO FILE** the replacement version of ECF No. 5 attached as Exhibit 2 to their Emergency Motion to Strike and Replace ECF No. 5, with the appropriate redactions and sealed materials submitted in accordance with the Court's rules and any order resolving Plaintiffs' Motion to File Certain Exhibits Under Seal (ECF No. 3).

**SO ORDERED.**

Dated: October 16, 2026

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
United States District Court Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 16, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager