**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Auto Club Insurance Association, Auto Club Group Insurance Company, MemberSelect Insurance Company, Fremont Insurance Company, and Meemic Insurance Company,

Plaintiffs,

v.

Adam Berry,

Defendant.

Case No. 26-13940

Hon. Jonathan J. C. Grey

---

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE CERTAIN EXHIBITS ATTACHED TO THE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION UNDER SEAL (ECF No. 3)**

This matter having come before the Court on Plaintiffs' Motion to File Certain Exhibits Attached to the Motion for Temporary Restraining Order and Preliminary Injunction Under Seal (ECF No. 3) and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to File Certain Exhibits Attached to the Motion for Temporary Restraining Order and Preliminary Injunction Under Seal (ECF No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs may file under seal the unredacted exhibits identified in their Motion to Seal. Those exhibits shall remain under seal until further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs also shall file on the public docket redacted versions of those exhibits, with the redactions limited to the information authorized to be sealed by this Order.

**SO ORDERED.**

Dated: October 16, 2026

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
United States District Court Judge

# Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 16, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager