UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Auto Club Insurance Association, et al.,

Plaintiff(s),

v.

Case No. 2:26−cv−13940−JJCG−EAS
Hon. Jonathan J.C. Grey

Adam Berry ,

Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Jonathan J.C. Grey for the following motion(s):

Motion for TRO − #12

- MOTION HEARING: October 16, 2026 at 03:30 PM

The public may access the audio proceedings with the following connection information.

***PHONE NUMBER:*** 6692545252
***MEETING ID:*** 165 536 8641

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

**ADDITIONAL INFORMATION:** Parties will receive Zoom link by email.

By: s/Sandra A Osorio
Case Manager

Dated: October 16, 2026