**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Auto Club Insurance Association, Auto Club Group Insurance Company, MemberSelect Insurance Company, Fremont Insurance Company, and Meemic Insurance Company,

Plaintiffs,

v.

Adam Berry,

Defendant.

Case No. 2:26-cv-13940

Hon. Jonathan J.C. Grey

Mag. Judge Elizabeth A. Stafford

Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
Gabrielle M.A. Bayne (P88706)
Miller, Canfield, Paddock and Stone, P.L.C.
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
bucher@millercanfield.com
bayne@millercanfield.com
*Attorneys for Plaintiffs*

Robert Akouri (P43788)
Akouri & Associates, P.L.L.C.
18306 Middlebelt Road
Livonia, MI 48152
akouripllc@yahoo.com
*Attorneys for Defendant*

**PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF SEVEN PAGES**

Pursuant to Eastern District of Michigan Local Rule 7.1(d)(3)(A), Plaintiffs, through their counsel Miller, Canfield, Paddock and Stone, P.L.C, seek leave to file a reply brief in excess of seven pages. In support, Plaintiffs state:

1. Plaintiffs filed their Complaint on October 15, 2026 and the operative, redacted version of their Motion for Temporary Restraining Order and Preliminary Injunction the next day. (ECF No. 1; ECF No. 12.)

2. On October 17, 2026, the Court issued an order granting Plaintiffs' Motion and setting October 21, 2026 as the deadline for Defendant to submit any response brief. (ECF No. 17.)

3. On October 21, 2026, Defendant filed its Response, together with supporting affidavits from Hani Azakir and Defendant, Adam Berry. (ECF No. 21.)

4. In his Response, Plaintiff requests a full evidentiary hearing on Plaintiff's Motion, while relying extensively on assertions made by Mssrs. Azakir and Berry in their affidavits to make the fact-intensive argument that Plaintiffs have "no likelihood of success on the merits."

5. Eastern District of Michigan Local Rule 7.1(d)(3)(B) requires that the text of a reply brief be no longer than seven (7) pages, including footnotes and signatures.

6. Eastern District of Michigan Local Rule 7.1(d)(3)(A) also provides that "[a] person seeking to file a longer brief may apply *ex parte* in writing setting forth the reasons."

7. To adequately reply to Defendant's legal arguments, contextualize the factual assertions made by Mssrs. Azakir and Berry, and present contrary facts set

forth in supporting declarations by Ryan Bohannon and Thomas Dombrowski, and to avoid any appearance of "trial by ambush" by Plaintiffs at any evidentiary hearing on their Motion, Plaintiffs seek leave to file a Reply Brief not to exceed eleven (11) pages in support of their Motion for Temporary Restraining Order and Preliminary Injunction.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter an Order permitting Plaintiffs to file an 11-page Reply Brief in support of their Motion for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ *Gabrielle Bayne*

Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
Gabrielle M.A. Bayne (P88706)
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
*Attorneys for Plaintiffs*

Dated: October 26, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Auto Club Insurance Association, Auto Club Group Insurance Company, MemberSelect Insurance Company, Fremont Insurance Company, and Meemic Insurance Company,

Plaintiffs,

v.

Adam Berry,

Defendant.

Case No. 2:26-cv-13940

Hon. Jonathan J.C. Grey

Mag. Judge Elizabeth A. Stafford

Thomas W. Cranmer (P25252)
Russell J. Bucher (P82349)
Gabrielle M.A. Bayne (P88706)
Miller, Canfield, Paddock and Stone, P.L.C.
840 W. Long Lake Rd., Suite 150
Troy, MI 48098
(248) 267-3381
cranmer@millercanfield.com
bucher@millercanfield.com
bayne@millercanfield.com
*Attorneys for Plaintiffs*

Robert Akouri (P43788)
Akouri & Associates, P.L.L.C.
18306 Middlebelt Road
Livonia, MI 48152
akouripllc@yahoo.com
*Attorneys for Defendant*

**PLAINTIFFS' BRIEF SUPPORTING THEIR *EX PARTE* MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF SEVEN PAGES**

In support of their relief requested, Plaintiffs rely on the Federal Rules of Civil Procedure, the Eastern District of Michigan Local Rules, and the arguments set forth in their Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Gabrielle Bayne*
Gabrielle M.A. Bayne (P88706)